UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARC ANDRE,

              Plaintiff,

v.

MATTRESS FIRM,

              Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 8244 (VB)

      On July 12, 2019, the Court issued an Opinion and Order granting defendant's motion to compel arbitration and thereby staying the action pending arbitration.  (See Doc. #25).  The Court also ordered the parties to provide joint status reports by November 30, 2019, and every ninety days thereafter.  The Court further ordered the parties to provide a joint status report to the Court within ten days of the completion of arbitration.

      To date, the parties have provided timely joint status updates pursuant to the Court's July 12 Opinion and Order.  (See Docs. ##28, 30, 32, 34).  However, because no purpose would be served by requiring the parties to continue to notify the Court every ninety days of the status of the arbitration, this case will be administratively closed, WITHOUT PREJUDICE to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

      All scheduled deadlines—including the November 12, 2020 deadline to provide a joint status update—conferences, or other scheduled court appearances are cancelled.

      The Clerk is instructed to administratively close this case, without prejudice to either party moving by letter-motion to reopen the case in accordance with this Order.

Dated: August 17, 2020
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge

---

[1] See Zimmerman v. UBS AG, 2018 WL 4054860, at *6 (S.D.N.Y. Aug. 24, 2018), appeal dismissed, 789 F. App'x 914, 915–16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience.").

1